UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

      Plaintiff,

  v.

**Andrew C Uvalles**; and Does 1-10,

      Defendants

**Case No**. 2:14-CV-01429-MCE-EFB

**ORDER ON STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE**

Having read the foregoing stipulation, and good cause appearing, the settlement conference previously scheduled for July 28, 2015, at 9:00 a.m., is hereby continued to September 23, 2015, at 9:30 a.m., before Magistrate Judge Kendall J. Newman.

Dated: July 24, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Order