# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 2:14-cv-01429-MCE-EFB |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT** |
| **Andrew Uvalles, Trustee**; and Does 1-10, | |
| Defendants. | |

Having reviewed the Notice for Settlement and finding good cause therefor, the Court hereby vacates all currently set dates, with the expectation that parties will file a Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

**Dated:  October 9, 2015**

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Order re: Settlement                    -1-                    2:14-cv-01429-MCE-EFB