# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>ANDREW UVALLES, TRUSTEE; and Does 1-10,<br><br>   Defendants | Case: 2:14-cv-01429-MCE-EFB<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties' stipulation, and good cause appearing, this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs. The case having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: October 28, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT